## IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT NASHVILLE

| | |
|---|---|
| **JERRY RAY BROWN,** ) | |
| ) | |
| Plaintiff/Appellant, ) | Davidson Law No. 96C-1205 |
| ) | |
| **vs.** ) | |
| ) | Appeal No. 01A01-9702-CV-00049 |
| **PHILLIP L. DAVIDSON,** ) | |
| ) | |
| Defendant/Appellee. ) | |

**FILED**

**ORDER**

**FEBRUARY 27, 1998**

Upon consideration of the petition for rehearing of Plaintiff/Appellant Jerry Ray Brown, the

petition is denied.

**Cecil W. Crowson**

**Appellate Court Clerk**

Enter this _____ day of February, 1998.

_____

_____**HOLLY KIRBY LILLARD, J.**

_____

_____**W. FRANK CRAWFORD, P. J., W.S.**

_____

**ALAN E. HIGHERS, J.**